**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

**CIVIL ACTION NO. 11-108-C**

**JOHNNY MILLER,** **PLAINTIFF,**

**V.**          **MEMORANDUM OPINION AND ORDER**

**PRINT FULFILLMENT SERVICES,**          **DEFENDANT.**

\* \* \* \* \* \* \* \* \* \*

  This matter is before the court on Print Fulfillment Services' motion for summary judgment (R. 33), its motion to dismiss (R. 30), and Johnny Miller's motion to dismiss (R. 36).  Print Fulfillment moved for summary judgment on June 29, 2012. Miller, after asking for an extension of time to respond, elected not to file a response.  Instead, Miller moved to dismiss his complaint on September 11, 2012, and suggested that each party should bear its own costs.  Print Fulfillment opposed this motion, arguing that because Miller did not respond to the motion for summary judgment, it is entitled to summary judgment in its favor, and is thus entitled to recover its costs from this action.

  Because Miller chose not to respond to the motion for summary judgment, but instead chose to attempt to dismiss the case, Print Fulfillment's assertions that there is no genuine dispute of material fact and that it is entitled to judgment as a matter of law are undisputed pursuant to Fed. R. Civ. P. 56(e)(2).  Print Fulfillment is thus entitled to summary judgment, *see* Fed. R. Civ. P. 56(a), and is, as the

1

prevailing party, entitled to recover its costs from this action. *See* Fed. R. Civ. P. 54(d)(1). Accordingly,

**IT IS ORDERED** that Print Fulfillment's motion for summary judgment (R. 33) is **GRANTED**.

**IT IS FURTHER ORDERED** that Miller's motion to dismiss (R. 36) is **DENIED**.

**IT IS FURTHER ORDERED** that Print Fulfillment's motion to dismiss (R. 30), which was filed prior to its motion for summary judgment and is grounded on Miller's noncompliance with a court order, is **DENIED** as moot.

A separate judgment will issue.

Signed on October 4, 2012

*Jennifer B. Coffman*
Jennifer B. Coffman, Judge
United States District Court